DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

HENTY BATISTA ROMAN,

                      Plaintiff,

                                  ORDER OF
                                  DISCONTINUANCE

      - against -

                                  CV 2009-3387 (ARR)(MDG)

HSBC AUTO FINANCE,

                      Defendant.

- - - - - - - - - - - - - - - - - -X

    The parties having entered into a settlement on the record before this Court and authorized discontinuance of this action, it is hereby

    ORDERED, that this action is discontinued, without costs to any party, but with leave to reopen within 60 days if the settlement is not consummated in accordance with the terms stated on the record. After 60 days, discontinuance shall be with prejudice.

Dated:    Brooklyn, New York
          November 24, 2009

                                              /S/
                                      _____
                                      ALLYNE R. ROSS
                                      UNITED STATES DISTRICT JUDGE